1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

# Exhibit 1

Arizona Christian University Student Teaching Handbook

# Student Teaching Handbook

Education Department
Teacher Preparation Program



1 W. Firestorm Way
Glendale, AZ 85306
Phone: 602.489.5300
Fax: 602.404.2159
**arizonachristian.edu**

Updated 07.27.2022

# CONTENTS

Directed Student Teaching ............................................................................. 3
   Philosophy ................................................................................................ 3
   Student Teaching Objectives .................................................................. 3
The Student Teacher ..................................................................................... 4
   Eligibility for Directed Student Teaching .............................................. 4
   Requirements for Student Teaching ..................................................... 4
   Procedures for Student Teacher Placement ........................................ 5
   Student Teacher Responsibilities .......................................................... 5
   Time Cards ................................................................................................ 6
   Legal Status .............................................................................................. 6
The Mentor Teacher ...................................................................................... 7
   Qualifications ............................................................................................ 7
   Responsibilities ........................................................................................ 7
The University Supervisor ............................................................................. 9
   Responsibilities ........................................................................................ 9
The Student Teaching Experience ............................................................. 10
   Introductory Phase of Student Teaching ........................................... 10
   Middle Phase of Student Teaching ..................................................... 11
   The Final Phase of Student Teaching ................................................. 12
Observation and Evaluation Forms ........................................................... 13

# DIRECTED STUDENT TEACHING

## PHILOSOPHY

Directed Student Teaching is the time for practical hands-on experiences that add meaning to the academic preparation leading up to it.  It is during Directed Student Teaching that motivation and desire become practice and experience.  The student teacher, working with a practicing cooperative mentor teacher and university supervisor, goes through the metamorphosis of student to teacher.  Directed Student Teaching is the time when the student teacher enters the noble profession of teaching.

## STUDENT TEACHING LEARNING GOALS

As a result of completing Directed Student Teaching, the student will:

1. Be able to **organize** and **manage** all non-instructional tasks relating to the classroom.
2. Be able to **develop** lesson plans, materials, and equipment for effective education.
3. **Recognize** the significance of the various stages of child development and their implications for developing educational strategies.
4. **Demonstrate** the ability to effectively **employ** methods and strategies necessary for successful teaching.
5. **Engage** in practical experiences in observation, tutoring, classroom management, cooperative learning, lesson preparation and delivery, unit preparation, and actual teaching.
6. **Demonstrate** appropriate professional dispositions.

# THE STUDENT TEACHER

## ELIGIBILITY FOR DIRECTED STUDENT TEACHING

To be eligible for Directed Student Teaching, the student must have:
- ✓ A GPA of 2.5 in overall coursework.
- ✓ A GPA of 3.0 in overall professional coursework.
- ✓ Been accepted into the ACU Certified Education Program.
- ✓ Successfully completed a departmental interview.
- ✓ An IVP fingerprint clearance card from Arizona Department of Public Safety (copies of front/back sent to acueducation@arizonachristian.edu).
- ✓ Completed an application for Directed Student Teaching during the semester *prior* to student teaching. **The student must apply in January for the fall semester and in August for the spring semester.** (This enables the ACU Education Department to coordinate with the mentor teacher and school district.)

## REQUIREMENTS FOR STUDENT TEACHING

- ➢ **A minimum of four hundred and five (405) hours** of student teaching **in an approved traditional public school or Christian school in metropolitan Phoenix** is required **for nine (9) credit hours**. The Directed Student Teaching experience is one of the most important areas for the education major as it integrates theory with practical experience. Students are to place a high priority on achieving a successful student teaching experience. <u>**The student teacher will have completed student teaching only when the mentor teacher and ACU supervisor agree that the student is ready to enter the teaching profession. ACU requires more than the state's minimum, and the duration of student teaching depends on the school district. Student teachers may complete 15 - 19 weeks depending on the district and the semester. You MUST finish the student teaching period according to the terms of the semester in order to pass.**</u>
- ➢ During the semester that includes Directed Student Teaching, the coursework should not exceed fifteen (15) hours which includes nine (9) credit hours of student teaching and three (3) credit hours of the student teaching class.
- ➢ Prior to end of student teaching the student must have taken and passed the Arizona Professional Knowledge: Elementary Exam or the Arizona Professional Knowledge: Secondary Exam. Note: *The NES Assessment of Professional Knowledge tests can be taken while student teaching.*

**Participation in non-school activities that occur during the school day is not allowed.** Please schedule any daytime appointments (including medical) after school or when school is not in session. If a student teacher is sick/has an emergency during the school day, he/she is required to write lesson plans for any classes that are missed. ***Student teachers are required to be at school when their mentor teacher is at school,*** meaning, if the mentor returns in July (for fall student teachers), the student starts the first day they return in July. Jobs and/or sports related activities must be done outside of the time your mentor is at school. In rare cases, students can attend important personal events during student teaching, but they must be approved at least one month prior to onset of Student Teaching and any missed days will be added to the end of the student's student teaching period (into the next semester if necessary). Student teaching is the most important last step before getting one's own classroom. Doing the best job possible is of utmost importance.

**PROCEDURES FOR STUDENT TEACHER PLACEMENT**

ACU's education faculty, the geographic location of the mentor school, and the willingness of the districts, principals, and qualified teachers to take on the responsibility of a student teacher are the factors that determine the choice of schools where student teaching occurs. ***Student teachers must realize that their first choice in placement is subject to availability and the willingness of schools to accept a student teacher.***

Note: *Student teachers must make known to the Placement Coordinator at acueducation@arizonachristian.edu the grade level, subject (if applicable), and school preferred.

Student teachers will be notified via email when their placement is confirmed. **Once placed, it is the responsibility of the student teacher** to make contact with the mentor teacher within 72 hours to set up an introductory meeting **before** the Directed Student Teaching experience begins.

During this introduction the student teacher needs to:
1. Establish beginning and expected ending dates of the Directed Student Teaching experience.  *Note: It is expected that fall semester student teachers will start when school starts in the fall and that spring semester student teachers will start when school resumes after winter break.*
2. Become familiar with school hours and the teacher's hours.  *The student teacher is expected to be at school when the mentor teacher is at school.*
3. Become familiar with the school calendar.  ***The student teacher follows the mentor school's calendar, NOT the ACU calendar***.
4. Gather any teaching materials from the mentor teacher that will be needed to begin the Directed Student Teaching experience.
5. Obtain information on the school's regulations and routines.
6. Become familiar with the teacher's classroom management plan.
7. Be positive and accepting of **all** feedback.

## STUDENT TEACHER RESPONSIBILITIES

The student teacher is expected to be at the school the same hours the mentor teacher is at the school. If the student teacher needs to work or is participating in a sport, it must be done outside of this time. **Remember, student teaching is a full-time job.**

It is expected that student teachers during their student teaching time will follow these guidelines:
- Keep daily lesson plans in a lesson plan book.
- Participate in school related activities in the same way as their mentor teachers.
- Spend at least one-half hour **daily** student teacher/mentor teacher conferencing.  This provides feedback time concerning teacher performance and help with lesson planning.

Requirements:
☐ Attend student teaching class at ACU.
☐ Track hours spent in the student teaching experience on a timecard.
☐ Complete all student teaching assignments.

Student teachers should adhere to the following:
1. Abide by the rules and policies of the assigned school.
2. Be early, dependable, enthusiastic, and go beyond the minimum requirements.
3. Maintain a professional attitude with students, families, staff, and administration.
4. Advise your ACU supervisor when a problem or potential problem is developing.
5. Be friendly, cooperative, positive, and non-argumentative with all school personnel, parents and students. Avoid cliques.
6. Be neat/clean, and **dress professionally.  You are interviewing for a job every day you are on campus.**
7. **Do not** spend time on your computer or phone while you are in the classroom with students.  **Wait** until you are on lunch or prep.
8. Participate in as many extra school activities as possible.
9. Be consistent in classroom management and discipline.
10. Be concerned about each student.
11. Recognize the hard work involved in having a student teacher and be appreciative to your mentor.
12. Remember that in the classroom *you are the teacher, not a student*.
13. Refrain from questionable activities at school and away from school. **This means no social networking on TikTok, Instagram, SnapChat, Facebook, Twitter, or texting with the students.**
14. Be sure your mentor teacher is involved or aware of any conferences you have with students or parents.
15. Be sure to let your mentor teacher and ACU supervisor know if you are going to be late or absent. (*This should only happen in emergency situations.*)

## TIME CARDS

Each student teacher is expected to put in a *minimum* of **four hundred and five (405)** hours for **nine (9) hours of credit.**  This is forty-five (45) hours for each semester hour of credit.  The duration of student teaching will be one semester.  A timecard is to be kept by each student teacher.  **The card is to be signed by the mentor teacher verifying the number of hours on the timecard, and by the ACU supervisor at the end of the student teaching experience**.  The allocation of times and categories is on the back of the card.  *The time card is to be turned in at the completion of Directed Student Teaching and will be placed in the student's file.  **The student teacher will be in the classroom through the last day of the regular class schedule for the semester at ACU.***

## LEGAL STATUS

As a student teacher you are accountable for your actions.  The mentor teacher is primarily responsible for the learning and welfare of the classroom students.  You are legally responsible for the students when you are placed in charge.  Legal action could be brought against you if you were to perform in any manner that is inconsistent with your training.  You will be expected to perform at a higher level than an instructional assistant, but not quite on the level of a certified teacher. Use good common sense.  Become familiar with the school's and district's policies.  To protect yourself, you may purchase a **liability policy** with an education association, such as Christian Educators Association International (CEAI). Be sure to check your **health insurance policy** to see if you are covered for accidents that may occur while you are school.

# THE MENTOR TEACHER

## QUALIFICATIONS

The Mentor Teacher must have (required by Arizona Department of Education):
1. A minimum of three (3) successful years of teaching experience in the area the student teacher is seeking.
2. Certification in the area the student teacher is seeking certification.
3. Demonstrated excellent classroom management skills and an effective instructional program including:
   - Initial planning
   - An understanding of essential elements of instruction
   - An understanding/demonstration of an effective instructional program that adjusts to meet student needs

During the time of student teaching, the Mentor Teacher must keep a formative, and a summative evaluation of the student teacher's progress.

## MENTOR TEACHER RESPONSIBILITIES

The mentor teacher's main responsibility is to help the student teacher understand/learn how to assume the role of professional classroom teacher. This responsibility requires supportive supervision that incorporates modeling, guidance, and feedback on the student teacher's progress. Sticky notes are included in the packet for the mentor teacher to jot down both positive notes and constructive criticism while the student teacher is teaching.

**The Mentor Teacher:**
1. **Creates a welcoming, positive learning environment at the school and district by:**
   a. Introducing the student teacher to members of the staff, classroom, and community.
   b. Familiarizing the student teacher with classroom rules, organization, management, and procedures.
   c. Informing the student teacher of the policies and procedures for the school.
   d. Advising the student teacher of the district expectations, guidelines, and procedures.
   e. Supplying the student teacher with a work area and/or desk, all necessary resources, instructional materials, and equipment.
   f. Making the student teacher aware of special routines, days, procedures, etc.
2. **Supports student teacher growth by:**
   a. Overseeing/supporting the student teacher in effective lesson preparation/presentation. Co-teaching is encouraged when the student teacher initially begins teaching.
   b. Providing continuous positive and constructive feedback (written/verbal).
   c. Planning regular (daily or twice weekly) meetings to review progress, answer questions, and address any concerns.
   d. Modeling proper record keeping and teaching the student teacher how to use appropriate diagnostic testing/assessment of classroom learning.
   e. Creating and providing opportunities for the student teacher to observe and participate in parent/teacher conferences, IEP meetings, etc.

# Forms to be filled out by <u>Mentor Teacher</u> & returned to ACU

1. This first form is sent to your principal, who should sign it with you then give it to you to give to the University Supervisor or email to acueducation@arizonachristian.edu:
   - ☐ Student Teaching Agreement

2. Return these forms to the Placement Coordinator by emailing them completed to the email address above:
   - ☐ W-9
   - ☐ Mentor Teacher Information Form

3. Discussed with the **University Supervisor:**
   - ☐ Professional Dispositions Forms (done 3 times - student will ask you for these)
   - ☐ Student Teacher Performance Checklist
   - ☐ Mentor Teacher Training Checklist
   - ☐ Student Teaching Evaluation Form
   - ☐ Letter of Recommendation

4. The **Student Teacher** has it, all you need to do is sign it:
   - ☐ Student Teaching Timecard

# THE UNIVERSITY SUPERVISOR

## UNIVERSITY SUPERVISOR RESPONSIBILITIES

1. Act as a liaison between the student teacher, Arizona Christian University, and the mentor teacher.

2. Visit with the mentor teacher and the student teacher within the first month of school to establish ACU's expectations and procedures for the Directed Student Teaching experience, and to set up a plan for consultation and mentoring.  The university supervisor also:
    a. Establishes a rapport with the mentor teacher and the school community.
    b. Provides training for the mentor teacher and student teacher as needed.
    c. Treats the student teacher as an emerging professional, not a subordinate.
    d. Is a good role model in conduct, appearance, attitude, and actions.
    e. Promotes professionalism and participation in professional organizations.

3. Observe a minimum of three (3) times and formally evaluate the student teacher through completing the **Student Teacher Observation Feedback Form** at least two (2) times during the student teaching experience.  More visits may be required.
    a. Written feedback from observation is to be reviewed with the student teacher and sent to the Student Teacher Coordinator.
        i. The feedback for the first visit can be an informal note.
        ii. The feedback for the second and third visit should be written and based upon the InTASC standards.  **The Student Teacher Performance Checklist can be used as a guide.**  Please address at least one objective from each of Standards 1-8.  The feedback should include:
            1. What the student teacher did well.
            2. Suggestions to work on for the next visit.
    b. Each visit, the university supervisor should **review** the **Student Teacher Performance Checklist** and the **Professional Dispositions** Form with the mentor teacher and address any concerns.
    c. At least one (1) of the scheduled visits should be during the four (4) weeks when the student teacher assumes responsibility for the classroom.
    d. Keep the Education Department Chair informed of any concerns, even if it is in the monitoring stage.

4. Assist as needed in gathering paperwork from the mentor teacher.

# THE STUDENT TEACHING EXPERIENCE

## INTRODUCTORY PHASE OF STUDENT TEACHING

(Anywhere from one to five weeks)
During the first few weeks the student teacher, mentor teacher, ACU supervisor, and class are just becoming familiar with each other. Each of the participating members of the student teaching team plays a different role.

### The Student Teacher during the first few weeks:
- Becomes familiar with all the classroom procedures and the discipline plan.
- Becomes familiar with the school campus, procedures, and campus discipline processes.
- Learns the names of the students and their unique personalities.
- Observes the preparation and presentation of lessons by the mentor teacher.
- Begins doing simple tasks such as: taking attendance, grading papers, recording grades, handing out supplies, etc.
- Begins simple instructional activities such as: giving tests, tutoring, and presenting short segments of lessons.
- Prepares teaching materials and other instructional supplies.
- Studies the teacher's instructional manuals and materials.
- Plans with the mentor teacher for each day.
- Keeps a lesson plan book with comments, times and reflective notes.
- Assists the mentor teacher with all duties and attends all meetings.
- Is ready to participate in all lessons in preparation for teaching.

### The Mentor Teacher maintains control of the classroom/instruction. The mentor teacher also:
- Involves the student teacher in the planning and execution of the daily instruction. The mentor teacher and student teacher need to meet each day to go over the day's activities. *It is during this time that the mentor teacher instructs the student teacher in how to prepare for each lesson.*
- Shares ideas, philosophies, "do's and don'ts," educational wisdom, and master teaching skills. The daily planning time is vital to the development of the student teacher.
- Establishes daily lesson planning procedures.
- Discusses the effectiveness of the day's lessons and the quality of the classroom students' learning.
- Reviews and provides feedback to the student teacher on any preparations and presentations the student teacher has done.
- Includes student teacher in class discussion, setting the stage for co-teaching.

### The University Supervisor provides:
- Seminars for the student teacher and mentor teacher as needed.
- Communication with the mentor and student teacher to determine what is happening.
- Communication with the student teacher as needed.

# MIDDLE PHASE OF STUDENT TEACHING

(Usually after the first month, continues to the final phase. Anywhere from three to six weeks)

## The Student Teacher during the Middle Phase begins assuming partial and then increasing responsibilities in the classroom. The student teacher:

- Starts taking the responsibility of the preparation and presentation of lessons (in preparation for the final phase). This can start as co-teaching.
- Continues to meet daily with the mentor teacher to discuss lesson preparations, instructional presentations, student needs, and classroom procedures.
- Maintains a complete lesson plan book, preparing for the time when he or she is completely in charge of the classroom and all that happens there.
- Gets involved with all school activities, taking on the responsibilities of a regular classroom teacher.
- Is involved in any parent/teacher conferences, IEP meetings, even preparing for and initiating a parent/teacher conference if appropriate.
- Is involved in all faculty meetings, PTA/PTO meetings, etc.
- Willingly responds to feedback from the mentor teacher and ACU supervisor. The student teacher makes appropriate adjustments based on the judgments of the mentor teacher and ACU supervisor, if needed.

## The Mentor Teacher

The Middle Phase of the Directed Student Teaching experience will vary with each student teacher's experiences. *It is during this time that the mentor teacher gives more and more responsibility to the student teacher.* **The mentor teacher gradually "lets go" of the classroom. It is recognized that the mentor teacher is ultimately still completely responsible for the classroom.**

To help the student teacher get the "feel of the classroom," the mentor teacher should:
- Continue daily planning sessions with the student teacher but assist only as needed.
- Continue to assess the student teacher's efforts and give beneficial feedback that will improve the quality of the student teacher's instruction.
- Model teaching techniques where the student teacher is having problems. Co-teaching can help make this possible.
- Be there with *positive* support when the student teacher struggles.

## The University Supervisor

During this phase, the ACU supervisor observes dynamics in the classroom and between the mentor teacher and student teacher. It will not always be necessary for the ACU supervisor to offer suggestions. The ACU supervisor should:
- Be available for the student teacher and the mentor teacher, as needed.
- Support the expertise of the mentor teacher.
- Be available for consultation if the situation is not going well.

# THE FINAL PHASE OF STUDENT TEACHING

(5-6 WEEKS)

**The Student Teacher** will:

Assume full responsibility of the classroom.  ***Four (4) weeks is the <u>minimum</u> recommended time frame.*** This time may vary according to the needs of the student teacher, mentor teacher, and the classroom.

During the final phase of full-time teaching the student teacher will:
- Assume responsibility for the entire planning, running of the classroom, and all other responsibilities.
- Keep all student records.
- Collect ideas and materials.
- Meet with the mentor teacher daily for feedback on the day's instruction and planning.
- Meet with any parents or other persons interested in the students' welfare.
- Keep in close contact with all professionals related to the classroom instruction.
- Get a good night's rest for each day, as this is a big step into the world of being a professional educator.

Following the full time teaching responsibility, time should be allowed for a gradual "handing back" of the classroom by the student teacher to the mentor teacher.  *During this time the student teacher may want to go into other classrooms to observe other teaching styles, etc.*

**The Mentor Teacher** will:

- Continue meeting daily with the student teacher going over plans and giving feedback.
- Model any teaching strategies with which the student teacher is struggling.
- Provide any helpful hints the student teacher may need.
- Provide helpful hints for a successful first year of teaching.
- Keep in touch with the ACU supervisor if there are any problems.
- Provide a formal evaluation of the student teacher.
- Complete and return all forms required by Arizona Christian University.

**The University Supervisor** will:

- Continue observations of the student teacher as needed.
- Be a liaison between the mentor teacher and the student teacher if necessary.
- Provide feedback to the student teacher and the mentor teacher.
- Hold classes at ACU for the student teacher to prepare him/her for the job-hunting process.

# OBSERVATION AND EVALUATION FORMS

The observation and final evaluation forms are **included in this packet**. Please complete all of the following forms and return to the **ACU Placement Coordinator** at **acueducation@arizonachristian.edu**.

## 1. Student Teacher Performance Checklist

The first two evaluations on the checklist are for the mentor teacher to fill out and discuss with the student teacher. The third and final evaluation is to be completed at the end of Directed Student Teaching. The student teaching evaluations should show growth in the student's teaching skills. At the completion of Directed Student Teaching, the completed Student Teacher Performance Checklist is to be sent to the ACU Placement Coordinator.

## 2. Final Student Teaching Evaluation Form

The Final Student Teaching Evaluation Form needs to be completed by the mentor teacher and returned to the ACU, Student Teaching Coordinator for the student teacher's placement file. ***This is the form that prospective employers may read to make hiring determinations.***

## 3. Letter of Recommendation

A letter of recommendation should be written on stationery with the school letterhead and returned with the Student Teacher Performance Checklist and the Final Student Teaching Evaluation Form to the Student Teaching Coordinator. The recommendation should:
- State briefly the characteristics of the classroom and the school setting.
- Present in a positive way the student teacher's demonstrated strengths.
- Present any contributions the student teacher gave to the classroom.
- Describe the student teacher's potential as a professional educator.
- Describe any other areas that make the student teacher marketable to someone hiring teachers.

## 4. Professional Dispositions for Teacher Education

Please rate the student teacher using the Professional Dispositions form and return with the above items. This form is completed 3 times during the student teaching semester. The first time in the first month, the second about halfway through, and the third time is at the end. The student teacher is to inform the mentor teacher when the form is needed the first two times.

**\* Note:** Student teachers are assessed using the InTASC Standards. For more information, or to download the complete standards, visit the following website:
http://www.ccsso.org/Resources/Publications/InTASC_Model_Core_Teaching_Standards_and_Learning_Progressions_for_Teachers_10.html

| Forms filled out by Mentor Teacher & returned to ACU | Forms filled out by Student Teacher |
|---|---|
| ✓ Professional Dispositions for Teacher Education (3)<br>✓ Student Teacher Performance Checklist<br>✓ Final Student Teaching Evaluation Form<br>✓ Letter of Recommendation | ✓ Directed Student Teacher Timecard |