# Exhibit 3

Contract Renewal Response Form for 2023–2024



# CONTRACT RENEWAL RESPONSE FORM
## Current agreement expires 2/22/2023

**Contract:** Student Teacher Placement Agreement between Arizona Christian University and Washington Elementary School District (copy of original agreement attached)

Please indicate below your desire regarding the above referenced contract with WESD and email to Jackie Shikany at Jackie.shikany@wesdschools.org by January 24, 2023.

[X] It is our desire to continue to do business with WESD under this contract. By checking this confirms we are renewing the attached agreement with the renewal term of **2/23/22-2/23/23**. This is the fifth (5th) and final renewal of a five (5) year renewal and will have a term of 2/23/23 to 2/23/24.

[ ] We no longer wish to do business with WESD under this agreement.

**Please Print:**

Name of Company: Arizona Christian University
Date Signed: 2·9·23
Authorized Signature/Local Representative: Lisa E. Bernier
Telephone: (602) 489-5300
Print Name and Position Held with Company: Lisa E. Bernier, Dept. Chair
Email Address: lisa.bernier@arizonachristian.edu
Mailing Address: 1 Firestorm Way
City: Glendale    State: AZ    Zip: 85306