# Exhibit 4

Washington Elementary School District Governing Board Policy Manual and Administrative Regulations

- Washington Elementary School Dis
- © 2020 by Arizona School Boards
- SECTION A - FOUNDATIONS AN
  - [ ] A DISTRICT MISSION AND BE
  - [ ] AA © SCHOOL DISTRICT LEGA
  - [ ] AA-E ©
  - [ ] AB THE PEOPLE AND THEIR S
  - [ ] ABA © COMMUNITY INVOLVE
  - [ ] ABAA © PARENTAL INVOLVEM
  - [ ] AC NON - DISCRIMINATION /
  - [ ] AC-R ©
  - [ ] AC-E ©
  - [ ] ACA © SEXUAL HARASSMENT
  - [ ] ACA-R ©
  - [ ] ACA-E ©
  - [ ] ACAA © TITLE IX SEXUAL H,
  - [ ] ACAA-R ©
  - [ ] AD © EDUCATIONAL PHILOSC
  - [ ] ADA SCHOOL DISTRICT GOAL
  - [ ] AEB RECOGNITION FOR ACC
- SECTION B - SCHOOL BOARD G(
- SECTION C - GENERAL SCHOOL
- SECTION D - FISCAL MANAGEM
- SECTION E - SUPPORT SERVICE
- SECTION F - FACILITIES DEVELC
- SECTION G - PERSONNEL
- SECTION H - MEET AND CONFE
- SECTION I - INSTRUCTIONAL PF
- SECTION J - STUDENTS
- SECTION K - SCHOOL - COMMU
- SECTION L - EDUCATION AGENC

# AC
## NONDISCRIMINATION / EQUAL OPPORTUNITY

The Board is committed to a policy of nondiscrimination in relation to race, color, religion, sex, sexual orientation, gender identity or expression, age, national origin, and disability. This policy will prevail in all matters concerning staff members, students, the public, educational programs and services, and individuals with whom the Board does business.

Adopted: September 8, 2022

LEGAL REF.:
A.R.S.

[23-341](#)

[41-1463](#)

Arizona Constitution, Ordinance Art. XX, Par. Seventh
20 U.S.C. 1400 *et seq*., Individuals with Disabilities Education Act
20 U.S.C. 1681, Education Amendments of 1972, Title IX
20 U.S.C. 1703, Equal Employment Opportunity Act of 1972
29 U.S.C. 794, Rehabilitation Act of 1973, (Section 504)
42 U.S.C. 2000, Civil Rights Act of 1964, Titles VI and VII
42 U.S.C. 12101 *et seq*., Americans with Disabilities Act

CROSS REF.:
[ACA](#) - Sexual Harassment
[ACAA](#) - Title IX Sexual Harassment
[GBA](#) - Equal Employment Opportunity
[GCQF](#) - Discipline, Suspension, and Dismissal of Professional Staff Members
[GDQD](#) - Discipline, Suspension, and Dismissal of Support Staff Members
[IHBA](#) - Special Instructional Programs and Accommodations for
          Disabled Students
[JB](#) - Equal Educational Opportunities
[JII](#) - Student Concerns, Complaints and Grievances
[JK](#) - Student Discipline
[JKD](#) - Student Suspension
[KED](#) - Public Concerns/Complaints about Facilities or Services

- Washington Elementary School D
- © 2020 by Arizona School Boa
- ▶ SECTION A - FOUNDATIONS A
- ▶ SECTION B - SCHOOL BOARD
- ▶ SECTION C - GENERAL SCHO
- ▶ SECTION D - FISCAL MANAGE
- ▶ SECTION E - SUPPORT SERVI
- ▶ SECTION F - FACILITIES DEVE
- ▼ SECTION G - PERSONNEL
  - ☐ GA © PERSONNEL GOALS
  - ☐ GBA EQUAL EMPLOYMENT
  - ☐ GBA-R
  - ☐ GBA-EA
  - ☐ GBA-EB
  - ☐ GBA-EC
  - ☐ GBB STAFF INVOLVEMENT
  - ☐ GBB-R
  - ☐ GBEA © STAFF ETHICS
  - ☐ GBEAA © STAFF CONFLICT
  - ☐ GBEAA-E ©
  - ☐ GBEB © STAFF CONDUCT
  - ☐ GBEB-R ©
  - ☐ GBEBA STAFF DRESS CODE
  - ☐ GBEBB © STAFF CONDUCT
  - ☐ GBEBC © GIFTS TO AND SC
  - ☐ GBEC © DRUG - FREE WOR
  - ☐ GBEC-EA ©
  - ☐ GBEC-EB ©
  - ☐ GBECA © NONMEDICAL US
  - ☐ GBECA-R
  - ☐ GBECA-EA
  - ☐ GBECA-EB
  - ☐ GBED © SMOKING BY STAF
  - ☐ GBEFA © STAFF USE OF D
  - ☐ GBGB © STAFF PERSONAL
  - ☐ GBGB-R
  - ☐ GBGC © EMPLOYEE ASSIST
  - ☐ GBGC-R
  - ☐ GBGCA © WELLNESS PROG
  - ☐ GBGCA-R ©
  - ☐ GBGCB © STAFF HEALTH A
  - ☐ GBGCB-E ©

# GBA
## EQUAL EMPLOYMENT OPPORTUNITY

The Governing Board is committed to providing an employment environment that is free from discrimination and harassment. All individuals associated with this District, including but not necessarily limited to, the Governing Board, the administration, and all other employees, students and members of the public while on campus, are expected to conduct themselves at all times so as to provide a working and educational atmosphere free from discrimination and harassment.

Discrimination against an otherwise qualified individual with a disability or any individual by reason of race, color, religion, sex, sexual orientation, gender identity, age, or national origin or other legally protected status is prohibited. Efforts will be made in recruitment and employment to ensure equal opportunity in employment for all qualified persons. Employees who believe they have been subjected to discrimination or harassment related to their race, color, religion, gender, sexual orientation, gender identity or expression, age, national origin, disability, or any other legally protected status should report the behavior in accordance with the regulations prepared by the Superintendent or the Superintendent's designee.

Equal opportunity extends to all aspects of the employment relationship, including hiring, transfers, promotions, training, terminations, working conditions, compensation, benefits, and other terms and conditions of employment.

Adopted: September 8, 2022

LEGAL REF.:
A.R.S.
13-904
41-1461
41-1463
41-1465

CROSS REF.:
AC - Nondiscrimination
ACA - Sexual Harassment
IHBA - Special Instructional Programs and Accommodations for Disabled Students
JB - Equal Educational Opportunities
KED - Public Concerns/Complaints about Facilities or Services

- GCG © PART - TIME AND SU...
- GCH © PROFESSIONAL / SU...
- GCI PROFESSIONAL STAFF...
- GCI-R
- GCJ © PROFESSIONAL STA...
- GCK © PROFESSIONAL STA...
- GCK-R
- GCK-EA
- GCK-EB
- GCL © PROFESSIONAL / SU...
- GCL-R
- GCMF © PROFESSIONAL S...
- GCO EVALUATION OF PROF...
- GCO-RA ©
- GCO-RB
- GCQ © PROFESSIONAL STA...
- GCQA PROFESSIONAL STA...
- GCQA PROFESSIONAL STA...
- GCQA-R
- GCQA-EA
- GCQA-EB
- GCQC © RESIGNATION OF...
- GCQE RETIREMENT OF PR...
- GCQE-R
- GCQE-E
- GCQF DISCIPLINE, SUSPEN...
- GCQF-R
- GCQF-E
- GCR © NONSCHOOL EMPL...
- GCRD © TUTORING FOR PA...
- GCS © PROFESSIONAL RES...
- GCU PROFESSIONAL STAF...
- GCU-R
- GCU-E
- GDF SUPPORT STAFF HIRI...
- GDF-RA ©
- GDF-RB
- GDF-EA ©
- GDF-EB ©
- GDF-EC ©
- GDF-ED ©
- GDF-EE ©

# GCMF ©
## PROFESSIONAL STAFF DUTIES AND RESPONSIBILITIES

(Duties of Teachers; Failure to Comply is Unprofessional Conduct; Penalty)

**Every teacher shall:**

A. Make student learning the primary focus of the teacher's professional time.

B. Hold students to strict account for disorderly conduct.

C. Exercise supervision over students on the playgrounds and during recess if assigned to such duty.

D. Take and maintain daily classroom attendance.

E. Make the decision to promote or retain a student in grade in a common school or to pass or fail a student in a course in high school. Such decisions may be overturned only as provided in A.R.S. 15-342.

F. Comply with all rules, regulations, and policies of the Governing Board that relate to the duties as prescribed.

A teacher shall not use sectarian or denominational books or teach any sectarian doctrines or conduct religious exercises.

A teacher who instructs a course offered under Policy IHAL, Teaching About Religion, in its appropriate historical context and in good faith shall be immune from civil liability and disciplinary action pursuant to section A.R.S. 15-535.

A teacher who fails to comply with the above is guilty of unprofessional conduct and may be subject to disciplinary action by the Governing Board and by the State Board of Education.

A teacher who is arrested for or charged with any nonappealable offense listed in section 41-1758.03, subsection B and who does not immediately report the arrest or charge to the teacher's supervisor is guilty of unprofessional conduct and shall be immediately dismissed from employment with the School District.

Adopted: April 25, 2019

LEGAL REF.:
A.R.S.
15-153
15-203
15-341
15-342
15-535
15-539
15-550
41-1758.03


CROSS REF.:
GBEB - Staff Conduct
GCO - Evaluation of Professional Staff Members

- Washington Elementary School D
- © 2020 by Arizona School Boa
- SECTION A - FOUNDATIONS A
- SECTION B - SCHOOL BOARD
- SECTION C - GENERAL SCHO
- SECTION D - FISCAL MANAGE
- SECTION E - SUPPORT SERVIC
- SECTION F - FACILITIES DEVE
- SECTION G - PERSONNEL
- SECTION H - MEET AND CONI
- SECTION I - INSTRUCTIONAL
- SECTION J - STUDENTS
  - [ ] JB EQUAL EDUCATIONAL C
  - [ ] JB-R ©
  - [ ] JB-E ©
  - [ ] JC SCHOOL ATTENDANCE
  - [ ] JC-R ©
  - [ ] JE © STUDENT ATTENDAN
  - [ ] JE-R ©
  - [ ] JEA © COMPULSORY ATTE
  - [ ] JEA-E ©
  - [ ] JEB © ENTRANCE AGE REC
  - [ ] JEB-R
  - [ ] JF © STUDENT ADMISSION
  - [ ] JFAA © ADMISSION OF RES
  - [ ] JFAA-EA ©
  - [ ] JFAA-EB ©
  - [ ] JFAB © TUITION / ADMISSI
  - [ ] JFAB-EA ©
  - [ ] JFAB-EB ©
  - [ ] JFABC © ADMISSION OF TF
  - [ ] JFABD ADMISSION OF HON
  - [ ] JFABD-R ©
  - [ ] JFABD-EA ©
  - [ ] JFABDA © ADMISSION  OF
  - [ ] JFABDA-R ©
  - [ ] JFABDA-EA ©
  - [ ] JFABDA-EB ©
  - [ ] JFB © OPEN ENROLLMEN1
  - [ ] JFBA © UNSAFE SCHOOL C
  - [ ] JFC © STUDENT WITHDRA
  - [ ] JG © ASSIGNMENT OF STU

# JB
# EQUAL EDUCATIONAL OPPORTUNITIES

The right of a student to participate fully in classroom instruction shall not be abridged or impaired because of race, color, religion, sex, sexual orientation, gender identity, age, national origin, and disability, or any other reason not related to the student's individual capabilities.

The right of students to participate in extracurricular activities shall be dependent only upon their maintaining the minimum academic and behavioral standards established by the Board, and their individual ability in the extracurricular activity.

Adopted:  June 25, 2015

LEGAL REF.:
20 U.S.C. 1400 *et seq.,* Individuals with Disabilities Education Act
20 U.S.C. 1681, Education Amendments of 1972, Title IX
20 U.S.C. 1703, Equal Educational Opportunities Act
29 U.S.C. 794, Rehabilitation Act of 1973, (Section 504)
42 U.S.C. 2000, Civil Rights Act of 1964, as amended in 1972, Title VI, Title VII
42 U.S.C. 11301, McKinney-Vento Homeless Assistance Act of 2001
Arizona Constitution, Act XI, Sec. 6

CROSS REF.:
AC - Nondiscrimination
ACA - Sexual Harassment
GBA - Equal Employment Opportunity
IHBA - Special Educational Programs and Accommodations for Disabled Students
KED - Public Concerns/Complaints about Facilities or Services