IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Christian University,<br><br>   Plaintiff,<br>vs.<br><br>Washington Elementary School District No. 6, et al.,<br><br>   Defendants. | No. CV-23-00413-PHX-SPL<br><br>**ORDER** |

  On March 23, 2023, Plaintiff Arizona Christian University ("Plaintiff") filed a Motion for Preliminary Injunction (Doc. 10). In the Motion, Plaintiff requests an expedited hearing on the Motion, given Plaintiff's allegations of ongoing irreparable harm. The Court grants Plaintiff's request for a Preliminary Injunction Hearing and will expedite the parties' briefing of Plaintiff's Motion.

  Accordingly,

  **IT IS ORDERED**:

  1. **Service**: That, no later than close of business on **March 27, 2023**, Plaintiff must serve a copy on Defendants and file proof of service with the Court of the following: (1) the Complaint; (2) the Motion and Memorandum for Preliminary Injunction and any attachments; and (3) this Order.

  2. **Hearing**: That a Preliminary Injunction Hearing is set for **April 11, 2023 at 10:30 a.m.**, before the Honorable Judge Steven P. Logan, United States District Judge, in the Sandra Day O'Connor United States Courthouse, located at 401 West Washington

Street, Phoenix, Arizona 85003, 5th Floor, Courtroom 501.

3. **Briefing**: That Defendants shall have until **no later than April 3, 2023** to file any **Response** to Plaintiff's Motion for a Preliminary Injunction; Plaintiff shall have until **no later than April 6, 2023** to file any **Reply** in support of their Motion.

4. **Joint Notice**: That the parties shall file a **Joint Notice** by **no later than March 31, 2023**, indicating whether the Motion may be decided on the briefing and argument of counsel alone.

5. **Warning**: That if Defendants do not respond to the Motion for a Preliminary Injunction or fail to appear at the above-scheduled hearing, the Court will deem such failure as consent to granting the motion, *see* LRCiv 7.2(i).

Dated this 24th day of March, 2023.

Honorable Steven P. Logan
United States District Judge