Jeremiah J. Galus
AZ Bar No. 030469
Ryan J. Tucker
AZ Bar No. 034382
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
jgalus@adflegal.org
rtucker@adflegal.org

*Attorneys for Plaintiff*

*\*Additional counsel on signature block*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Christian University, on behalf of itself and its students,<br><br>Plaintiff,<br><br>v.<br><br>Washington Elementary School District No. 6; and Nikkie Gomez-Whaley; Jenni Abbott-Bayardi; Kyle Clayton; Lindsey Peterson; and Tamillia Valenzuela, all in their official and individual capacities,<br><br>Defendants. | Case No. CV-23-413-PHX-SPL<br><br>**PLAINTIFF'S NOTICE ON PROOF OF SERVICE** |

On March 23, 2023, Plaintiff's counsel provided a courtesy copy of the Motion and Memorandum for Preliminary Injunction via email to Robert Haws, Gust Rosenfeld P.L.C., One East Washington Street, Suite 1600,

Phoenix, Arizona 85004, counsel who had previously disclosed he would be representing Defendants. Following the Court's order on March 24, 2023 (ECF No. 12), Defendant Washington Elementary School District No. 6 was served a copy of the Motion and Memorandum for Preliminary Injunction and the Court's order via process server. A copy of the Certificate of Service is attached as Exhibit A. The Summons and Complaint had been previously served on Defendants on March 9, 2023. *See* ECF No. 13. In an abundance of caution, Plaintiff's counsel also e-mailed Mr. Haws a copy of the Court's March 24, 2023 order on the motion for preliminary hearing and briefing schedule. A copy of the email chain is attached as Exhibit B.

Accordingly, pursuant to this Court's March 24, 2023 order, Defendants have been served with the (1) the Complaint; (2) the Motion and Memorandum for Preliminary Injunction and all attachments; and (3) the March 24, 2023 order.

Respectfully submitted this 27th day of March, 2023.

| | |
|---|---|
| Jacob E. Reed* | *s/Ryan J. Tucker* |
| VA Bar No. 97181 | Ryan J. Tucker |
| ALLIANCE DEFENDING FREEDOM | AZ Bar No. 034382 |
| 44180 Riverside Parkway | Jeremiah J. Galus |
| Lansdowne, VA 20176 | AZ Bar No. 030469 |
| (571) 707-4655 | ALLIANCE DEFENDING FREEDOM |
| jreed@adflegal.org | 15100 N. 90th Street |
| | Scottsdale, AZ 85260 |
| David A. Cortman* | (480) 444-0020 |
| GA Bar No. 188810 | jgalus@adflegal.org |
| ALLIANCE DEFENDING FREEDOM | rtucker@adflegal.org |
| 1000 Hurricane Shoals Road NE | |
| Suite D-1100 | *Attorneys for Plaintiff* |
| Lawrenceville, GA 30043 | |
| (770) 339-0774 | * *Admitted pro hac vice* |
| dcortman@adflegal.org | |

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that on March 27, 2023, I electronically filed the |
| 3 | foregoing paper with the Clerk of Court using the ECF system. Counsel will |
| 4 | also provide Robert Haws, Gust Rosenfeld P.L.C., One East Washington |
| 5 | Street, Suite 1600, Phoenix, Arizona 85004, with a copy of this filing via |
| 6 | email. |

            *s/ Ryan J. Tucker*
            Ryan J. Tucker