1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

# Exhibit A

In The United States District Court of The State of Arizona
and for the County of Maricopa

Arizona Christian University
                Plaintiff

VS.

Washington Elementary School District No. 6, et al.
                Defendant

**CERTIFICATE OF SERVICE**

Case No: **2:23-cv-00413-SPL**

State of Arizona  
County of Maricopa } ss.

The Affiant, declares under penalty of perjury, that I am fully qualified, pursuant to Rule 4(d), Arizona Rules of Civil Procedure, to serve process in this cause in or for the State of Arizona and that the foregoing is true and correct.

On 3/24/2023, I received from ALLIANCE DEFENDING FREEDOM the MOTION FOR PRELIMINARY INJUNCTION and MEMORANDUM IN SUPPORT; ORDER.

On 3/24/2023, at 2:53 PM, I served the aforementioned documents on: Washington Elementary School District No. 6 at , 4650 W SWEETWATER AVE, GLENDALE, AZ 85304 in the manner set below:

The description of the person actually served is as follows: Gender: Female Race: Latino Age: 41 - 45 Height: Weight: Hair: Blond Eye Color: Other:

Marriage Status: N / A

Military Status: N / A

Additional Comments:

X _____

**Rich Kingdon, MC7238**, Affiant  
Date: 3/24/2023  
Registered in Maricopa  
Work Order Number: AZ174384  
Client Reference:

|  | Service of Process | 100.00 |
|---|---|---|
|  | Rush Fee (if request entered after 2 pm) | 75.00 |
|  | Total: | **$ 175.00** |


