# Exhibit B

**From:** Robert Haws <rhaws@gustlaw.com>
**Sent:** Friday, March 24, 2023 1:53 PM
**To:** Ryan Tucker; Jake Reed
**Cc:** Pauletta Seitz
**Subject:** RE: Arizona Christian University v. Washington Elementary School District No. 6 et al - Case No. CV-23-413-PHX-SPL

**\*EXTERNAL\***

Ryan,

Thank you for this. Yes, I was authorized to accept service last night.

Rob Haws

**From:** Ryan Tucker <rtucker@adflegal.org>
**Sent:** Friday, March 24, 2023 12:20 PM
**To:** Jake Reed <jreed@adflegal.org>; Robert Haws <rhaws@gustlaw.com>
**Subject:** RE: Arizona Christian University v. Washington Elementary School District No. 6 et al - Case No. CV-23-413-PHX-SPL

Robert,

We just received the attached order from the Court. Please confirm whether you are authorized to accept service on behalf of the defendants.

Thank you.
Ryan Tucker



Ryan Tucker
Sr. Counsel, Director of Center for Christian Ministries
+1 480 444 0020 (Office)
480-444-0028 (Fax)
rtucker@adflegal.org
www.ADFlegal.org

**From:** Jake Reed <jreed@adflegal.org>
**Sent:** Thursday, March 23, 2023 2:36 PM
**To:** rhaws@gustlaw.com
**Cc:** Ryan Tucker <rtucker@adflegal.org>
**Subject:** Arizona Christian University v. Washington Elementary School District No. 6 et al - Case No. CV-23-413-PHX-SPL

Mr. Haws,

My name is Jacob Reed and I am co-counsel for Arizona Christian University in the above captioned matter. I understand you have discussed the filing of the Motion for Preliminary Injunction with Ryan.

A courtesy copy of the filed Motion for Preliminary Injunction and declarations in support are attached.

Please let us know if you have any other questions.

Thank you,
Jake Reed

---



Jake Reed
Legal Counsel
+1 571 707 4655 (Office)
+1-571-707-4718 (Direct Dial)
571-707-4656 (Fax)
jreed@adflegal.org
ADFlegal.org
Licensed in Ohio and Virginia

---

This e-mail message from Alliance Defending Freedom and any accompanying documents or embedded messages is intended for the named recipients only. Because Alliance Defending Freedom is a legal entity engaged in the practice of law, this communication contains information, which may include metadata, that is confidential, privileged, attorney work product, or otherwise protected from disclosure under applicable law. If you have received this message in error, are not a named recipient, or are not the employee or agent responsible for delivering this message to a named recipient, be advised that any review, disclosure, use, dissemination, distribution, or reproduction of this message or its contents is strictly prohibited. If you have received this message in error, please immediately notify the sender and permanently delete the message. PRIVILEGED AND CONFIDENTIAL - ATTORNEY-CLIENT COMMUNICATION/ATTORNEY WORK PRODUCT.