**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Christian University,<br><br>                Plaintiff,<br>vs.<br><br>Washington Elementary School District No. 6, et al.,<br><br>                Defendants. | No. CV-23-00413-PHX-SPL<br><br>**ORDER** |

On March 31, 2023, the Goldwater Institute—a non-party in this action—filed a Motion for Leave to File *Amicus Curiae* Brief (Doc. 17). The proposed *amicus curiae* brief—currently lodged at Docket Number 18—is written in support of Plaintiff Arizona Christian University's pending Motion for Preliminary Injunction.

"The Court generally does not favor *amicus curiae* briefs and does not permit them to be filed absent consent of all parties or a substantial showing that the *amicus curiae* will present relevant matters that have not or could not have been brought to the Court's attention by the parties." *Ariz. Att'ys for Crim. Just. v. Ducey*, No. CV-17-01422-PHX-SPL, 2018 WL 1570244, at *6 (D. Ariz. Mar. 30, 2018). Here, it appears that Defendants do *not* consent to the filing of the *amicus curiae*. (*See* Doc. 17 at 1 ("Defendants' counsel has stated that he 'reserves all objections' to GI's filing of an amicus brief.")).

///

///

Accordingly,

**IT IS ORDERED** that Defendants, if they choose to do so, shall file a Response to the Goldwater Institute's Motion for Leave to File Amicus Curiae Brief (Doc. 17) by **no later than April 6, 2023 at 12:00 PM**.

Dated this 3rd day of April, 2023.

Honorable Steven P. Logan
United States District Judge