IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Christian University, | No. CV-23-00413-PHX-SPL |
| Plaintiff, | |
| vs. | **ORDER** |
| Washington Elementary School District No. 6, et al., | |
| Defendants. | |

On April 3, 2023, Defendants filed a Response to Plaintiff's Motion for Preliminary Injunction. (Doc. 21). Having reviewed the filing, the Court notes that the Response far exceeds the page limit provided in the Local Rules. *See* LRCiv. 7.2(e) (requiring a response, including its supporting memorandum, not exceed seventeen (17) pages). Due to the time-intensive nature of the pending Motion, the Court will accept the Response as filed. However, the parties are strongly advised that any future filings not in compliance with the Federal and Local Rules of Civil Procedure will be stricken. In light of Defendants' overlong brief, Plaintiff will be permitted to file a Reply brief not to exceed sixteen (16) pages. Accordingly,

**IT IS ORDERED** that Defendants' Response (Doc. 21) is accepted as filed. Plaintiff shall be permitted to file a Reply brief not to exceed sixteen (16) pages.

Dated this 5th day of April, 2023.

Honorable Steven P. Logan
United States District Judge