**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Christian University,<br><br>              Plaintiff,<br>vs.<br><br>Washington Elementary School District No. 6, et al.,<br><br>              Defendants. | No. CV-23-00413-PHX-SPL<br><br>**ORDER** |

      On March 31, 2023, the Goldwater Institute—a non-party in this action—filed a Motion for Leave to File *Amicus Curiae* Brief (Doc. 17). The proposed *amicus curiae* brief (lodged at Doc. 18) is written in support of Plaintiff Arizona Christian University's pending Motion for Preliminary Injunction (Doc. 10). On April 6, 2023, Defendants filed a Response (Doc. 23) in which they oppose the Goldwater Institute's Motion for Leave.

      "A non-party seeking to file an amicus brief must state '(A) the movant's interest; and (B) the reason why an amicus brief is desirable and why the matters asserted are relevant to the disposition of the case.'" *JZ v. Catalina Foothills Sch. Dist.*, No. CV-20-00490-TUC-RCC, 2021 WL 5396089, at *1 (D. Ariz. Nov. 18, 2021) (quoting Fed. R. App. P. 29(a)(3)). "The function of amici is to aid the court in resolving a matter of public interest, supplement counsel's efforts, and illustrate law that might otherwise fail to be considered." *Id.* (citing *Miller-Wohl Co. v. Comm'r of Lab. & Indus.*, 694 F.2d 203, 204 (9th Cir. 1982)). "The Court generally does not favor *amicus curiae* briefs and does not

permit them to be filed absent consent of all parties or a substantial showing that the *amicus curiae* will present relevant matters that have not or could not have been brought to the Court's attention by the parties." *Ariz. Att'ys for Crim. Just. v. Ducey*, No. CV-17-01422-PHX-SPL, 2018 WL 1570244, at *6 (D. Ariz. Mar. 30, 2018).

Here, Defendants do not consent to the filing of the *amicus curiae*. Moreover, the Court finds that the Goldwater Institute has not made a substantial showing that the proposed *amicus curiae* brief presents relevant matters that have not or could not have been brought to the Court's attention by the parties. The parties' briefing on Plaintiff's Motion for Preliminary Injunction is complete, thorough, and more than sufficient for this Court to make a ruling. (*See* Docs. 10, 21, & 24). Therefore, the Court exercises its discretion to deny the filing of the Goldwater Institute's *amicus curiae* brief at this time.

Accordingly,

**IT IS ORDERED** that non-party Goldwater Institute's Motion for Leave to File *Amicus Curiae* Brief (Doc. 17) is **denied**. The Clerk of Court **shall not** file the Goldwater Institute's Proposed *Amicus Curiae* Brief (lodged at Doc. 18) on the record.

Dated this 10th day of April, 2023.

Honorable Steven P. Logan
United States District Judge

2