Jeremiah J. Galus
AZ Bar No. 030469
Ryan J. Tucker*
AZ Bar No. 034382
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
jgalus@adflegal.org
rtucker@adflegal.org

*Attorneys for Plaintiff*

*\*Additional counsel on signature block*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Christian University, on behalf of itself and its students,<br><br>Plaintiff,<br><br>v.<br><br>Washington Elementary School District No. 6; and Nikkie Gomez-Whaley; Jenni Abbott-Bayardi; Kyle Clayton; Lindsey Peterson; and Tamillia Valenzuela, all in their official and individual capacities,<br><br>Defendants. | Case No. CV-23-413-PHX-SPL<br><br>**NOTICE OF DISMISSAL** |

1 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby dismisses the
2 above-entitled action with prejudice. Plaintiff's clams for attorney's fees and
3 costs are resolved according to the parties' settlement agreement.

5 Respectfully submitted this 4th of May, 2023.

| | |
|---|---|
| Jacob E. Reed* | *s/Ryan J. Tucker* |
| VA Bar No. 97181 | Ryan J. Tucker |
| ALLIANCE DEFENDING FREEDOM | AZ Bar No. 034382 |
| 44180 Riverside Parkway | Jeremiah J. Galus |
| Lansdowne, VA 20176 | AZ Bar No. 030469 |
| (571) 707-4655 | ALLIANCE DEFENDING FREEDOM |
| jreed@adflegal.org | 15100 N. 90th Street |
| | Scottsdale, AZ 85260 |
| David A. Cortman* | (480) 444-0020 |
| GA Bar No. 188810 | jgalus@adflegal.org |
| ALLIANCE DEFENDING FREEDOM | rtucker@adflegal.org |
| 1000 Hurricane Shoals Road NE | |
| Suite D-1100 | *Attorneys for Plaintiff* |
| Lawrenceville, GA 30043 | **Admitted pro hac vice* |
| (770) 339-0774 | |
| dcortman@adflegal.org | |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2023, I electronically filed the foregoing paper with the Clerk of Court using the ECF system which will send notification of such filing to all counsel of record.

*s/Ryan J. Tucker*
Ryan J. Tucker