IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Christian University, on behalf of itself and its students,<br><br>Plaintiff,<br><br>v.<br><br>Washington Elementary School District No. 6; and Nikkie Gomez-Whaley; Jenni Abbott-Bayardi; Kyle Clayton; Lindsey Peterson; and Tamillia Valenzuela, all in their official and individual capacities,<br><br>Defendants. | Case No. CV-23-413-PHX-SPL<br><br>**(PROPOSED) ORDER** |

**IT IS ORDERED** granting the notice of dismissal.

**IT IS FURTHER ORDERED** that all claims in the above-captioned case are dismissed with prejudice, with Plaintiff's claims for attorney's fees and costs resolved according to the parties' settlement agreement.

1   **IT IS FURTHER ORDERED** that all hearings, trials, and deadlines
2   are vacated, and all pending motions are denied as moot.

                                                      _____

                                                      Honorable Steven P. Logan
                                                      United States District Judge