IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Christian University, | No. CV-23-00413-PHX-SPL |
| Plaintiff, | **ORDER** |
| vs. | |
| Washington Elementary School District No. 6, et al., | |
| Defendants. | |

Pursuant to Plaintiff's Notice of Dismissal (Doc. 32),

**IT IS ORDERED** that this matter is **dismissed with prejudice**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **terminate** this action.

Dated this 4th day of May, 2023.

Honorable Steven P. Logan
United States District Judge